# United States District Court

## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF )<br>)<br>(1) UNITED STATES CURRENCY IN ACCOUNTS )<br>#0079-005614 HELD IN THE NAME OF DELTA )<br>MANAGEMENT INC, )<br>#80000062481-1 HELD IN THE NAME OF BGK )<br>CORPORATION, ALL CURRENCY IN THE NAME OF )<br>LING LING NI, )<br>BANK OF HAWAII, SAIPAN, CNMI; )<br>)<br>(2) UNITED STATES CURRENCY IN ACCOUNT )<br>#12015976 HELD IN THE NAME OF BGK )<br>CORPORATION, ALL CURRENCY HELD IN THE )<br>NAME OF DELTA MANAGEMENT INC., AND LING )<br>LING NI, )<br>FIRST HAWAIIAN BANK, SAIPAN )<br>)<br>(3) ALL CURRENCY IN ACCOUNT #0500-207727 HELD IN )<br>THE NAME OF LING LING NI, )<br>ACCOUNT # 0530-201720 HELD IN THE NAME OF XIFU )<br>CAO, )<br>ACCOUNT # 0500-110754 HELD IN THE NAME OF DELTA )<br>MANAGEMENT INC., DOING BUSINESS AS GLORY )<br>MARKET )<br>BANK OF SAIPAN, SAIPAN CNMI )  | **SEIZURE WARRANT**<br><br>**CASE NUMBER:** MC 05-00117<br><br>F I L E D<br>Clerk<br>District Court<br><br>AUG 1 6 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

TO: <u>Special Agent Dana M. McMahon of the FBI</u> and any authorized officer of the United States:

Affidavit(s) having been made before me by <u>Special Agent Dana M. McMahon of the FBI</u> who has reason to believe that in the District of the Northern Mariana Islands there is now certain property which is subject to forfeiture to the United States, namely

        See attachment A

which is subject to seizure and forfeiture under 18 U.S.C. § 981(b) and 21 U.S.C. § 853(f)

concerning a violation of Title 18 United States Code, Section(s) 641

# Attachment "A"

(1) UNITED STATES CURRENCY
IN ACCOUNTS #0079-005614 HELD
IN THE NAME OF DELTA
MANAGEMENT INC,
#80000062481-1 HELD IN THE NAME OF
BGK CORPORATION,
ALL CURRENCY IN THE NAME OF LING LING NI,
BANK OF HAWAII, SAIPAN, CNMI;

(2) UNITED STATES CURRENCY
IN ACCOUNT #12015976 HELD IN
THE NAME OF BGK
CORPORATION, ALL CURRENCY
HELD IN THE NAME OF DELTA
MANAGEMENT INC., AND LING
LING NI,
FIRST HAWAIIAN BANK, SAIPAN

(3) ALL CURRENCY IN ACCOUNT
#0500-207727 HELD IN THE NAME OF
LING LING NI,
ACCOUNT # 0530-201720 HELD IN THE
NAME OF XIFU CAO,
ACCOUNT # 0500-110754 HELD IN THE
NAME OF DELTA MANAGEMENT INC.,
DOING BUSINESS AS GLORY MARKET
BANK OF SAIPAN, SAIPAN CNMI

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

8-9-2005   6:40 PM   at   Saipan, MP
**Date and Time Issued**                **City and State**

Alex R. Munson, United States District Judge
**Name and Title of Judicial Officer**        **Signature of Judicial Officer**

2

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8-10-05 | DATE AND TIME WARRANT EXECUTED<br>8:11:05   10:35AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Patricia Borja |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| Patricia Borja |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| 1) Cashier Check 06055686 in the amount # 3,543.13 from BGK Corporation / Acct 12015976 |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* 8-16-05
U.S. Judge or Magistrate        Date